[No. 14840–1–I. Division One. July 21, 1986.]

*In the Matter of the Marriage of* MARY F. MERRITT, *Respondent, and* RONALD ARTHUR MERRITT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–01079–3, Jim Bates, J., entered May 10, 1984. *Affirmed as modified* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Ringold, J.

[No. 15533–4–I. Division One. July 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. BRODERICK BUSH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–01921–9, George H. Revelle, J. Pro Tem., entered October 22, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.

[No. 14525–8–I. Division One. July 21, 1986.]

*In the Matter of the Marriage of* LEE HILLMAN, *Appellant, and* RICHARD FULTON WOOD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–03325–9, Stanley E. Stone, J. Pro Tem., entered March 8, 1984. *Reversed* and *remanded* by unpublished opinion per Cole, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem.